# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nevins, Ann M. | United States Bankruptcy Court District of Connecticut | 8/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

United States Bankruptcy Court
157 Church Street, 18th Floor
New Haven, Connecticut 06510

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Shipman & Goodwin, LLP -- Income from Partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nevins, Ann M.** | 8/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Northwestern Mutual Account - General Money Market Fund Class B - GMMB | A | Interest | J | T | | | | | |
| 2. People's United Bank Account | B | Interest | N | T | | | | | |
| 3. Synchrony Bank | B | Interest | L | T | | | | | |
| 4. CHET ADVISOR Stable Value 529 Plan Portfolio A | B | Interest | M | T | Buy (add'l) | 01/21/20 | K | | |
| 5. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 6. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 7. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 8. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 9. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 10. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 11. Northwestern Mutual Annuity (H) | | | | | | | | | |
| 12. - Index 500 Stock (MSA) | A | Distribution | J | T | | | | | |
| 13. - Index 600 Stock (MSA) | A | Distribution | J | T | | | | | |
| 14. - Index 400 Stock (MSA) | A | Distribution | J | T | | | | | |
| 15. - Intntl Equity MSA/Franklin Templeton | A | Distribution | J | T | | | | | |
| 16. - Emerging Markets Equity (MSA/ Aberdeen) | A | Distribution | J | T | | | | | |
| 17. -High Yeild Bond (MSA/Federated Invest.Mgm) | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Select Bond (MSA/Wells Capital Mgmt Inc) | A | Distribution | J | T | | | | | |
| 19. -- Strategic Bond (RIF) | A | Distribution | J | T | | | | | |
| 20. - Global Real Est Sec's (RIF) | A | Distribution | J | T | | | | | |
| 21. Northwestern Mutual SEP (H) | | | | | | | | | |
| 22. - INVESCO Equally Wghtd S&P 500 FdClass Y VADDX | A | Dividend | K | T | Buy (add'l) | 02/28/20 | J | | |
| 23. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 24. | | | | | Sold (part) | 08/03/20 | K | B | |
| 25. - INVESCO Exchange Traded Fund S&P Equal Weight RSP | A | Dividend | K | T | Buy | 08/03/20 | K | | |
| 26. | | | | | Sold (part) | 08/10/20 | J | A | |
| 27. - The Growth Fund of America Class F-2 GFFFX | C | Distribution | L | T | Sold (part) | 02/28/20 | J | A | |
| 28. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 29. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 30. | | | | | Sold (part) | 08/10/20 | J | A | |
| 31. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 32. - Vanguard Specialized Portfolio Div App ETF - VIG | A | Dividend | L | T | Buy (add'l) | 02/28/20 | J | | |
| 33. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 34. | | | | | Sold (part) | 03/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nevins, Ann M.** | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 08/10/20 | J | A | |
| 36.  - ISHARES TR S&P MC 400VL ETF - IJJ | B | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 38. | | | | | Sold<br>(part) | 08/10/20 | J | A | |
| 39.  - ISHARES TR CORE S&P 500 ETF - IVV | B | Dividend | L | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 41. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 42. | | | | | Sold<br>(part) | 08/10/20 | J | A | |
| 43.  - ISHARES TR SP SMCP600VL ETF - IJS | A | Dividend | K | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 45. | | | | | Sold<br>(part) | 08/10/20 | J | A | |
| 46.  - Capital World Growth and Income - F2 -<br>WGIFX | B | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 50. | | | | | Sold<br>(part) | 09/15/20 | K | | |
| 51.  - Vanguard Total Intl Stock Index ADM -<br>VTIAX | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 53. | | | | | Sold<br>(part) | 08/10/20 | J | A | |
| 54. - Vanguard Intl Equity Index F FTSE EMR MKT ETF - VWO | A | Dividend | K | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 56. | | | | | Sold<br>(part) | 08/10/20 | J | A | |
| 57. - Vanguard Intl Equity Total World - VT | A | Dividend | K | T | Buy | 09/15/20 | K | | |
| 58. - Vanguard REIT Index Fund Admiral Shares - VGSLX | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | J | A | |
| 59. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 60. - Capital World Bond Fund-F2 -- BFWFX | A | Dividend | K | T | | | | | |
| 61. - Templeton GLBL Bond Fund Adisor Clas - TGBAX | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 02/19/20 | J | | |
| 63. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 64. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 65. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 66. - Vanguard High Yield Corporate Bond Fund - VWEAX | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 68. | | | | | Sold<br>(part) | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 03/11/20 | K | A | |
| 70. - Vanguard Interim Term Bond Index Fund Admiral Share - VBILX | B | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 72. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 73. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 74. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 75. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 76. - Vanguard Short-Term Bond Index Fund Adminiral Shares - VBIRX | B | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 78. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 79. | | | | | Sold<br>(part) | 03/11/20 | K | A | |
| 80. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 81. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 82. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 83. - Vanguard Total Bond Market Index Fund Admiral Shares - VBTLX | A | Dividend | L | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 84. | | | | | Sold<br>(part) | 02/27/20 | J | A | |
| 85. | | | | | Sold<br>(part) | 03/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 03/17/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 88.   - BNY Mellon Global Fixed Income Class 1<br>- SDGIX - | A | Dividend | K | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 89. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 90. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 91. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 92.   - Vanguard Short Term Bond ETF - BSV | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 93. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 94.   - Northwestern Mutual Money Market<br>Account | A | Interest | J | T | | | | | |
| 95.   Vanguard Retirement Account (H) | | | | | | | | | |
| 96.   - Dodge & Cox Intl Stock | A | Dividend | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 02/15/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 03/15/20 | J | | |
| 99. | | | | | Sold | 03/30/20 | K | A | |
| 100.   - Vanguard Extended Mkt Index Adm | A | Dividend | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 02/15/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 03/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 03/30/20 | L | | |
| 104.  - Vanguard Total Bond Mkt Indx Fund Adm | A | Dividend | M | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 02/15/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 03/15/20 | J | | |
| 107.  - Vanguard Inst Index Fund Inst | A | Dividend | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 02/15/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 03/15/20 | J | | |
| 110. | | | | | Sold | 03/30/20 | M | | |
| 111.  - Vanguard Retirement Savings Trust III<br>(Money Mkt Acct) | C | Int./Div. | O | T | | | | | |
| 112.  - Vanguard Tot Intl Stock Ix Adm | A | Dividend | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 02/15/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 115. | | | | | Sold | 03/30/20 | J | | |
| 116. Old Dyer Investment, LLC, n/k/a Old Hill<br>Setauket | B | Distribution | K | U | | | | | |
| 117. Shipman & Goodwin LLP Cash Balance<br>Retirement Plan | D | Interest | N | W | Buy<br>(add'l) | 01/31/20 | L | | |
| 118. Coca Cola Stock | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding items in Section VII:

(1)  The Shipman & Goodwin, LLP Cash Balance Retirement Plan is a trust that provides a defined benefit in retirement. _____ does not have an account with holdings of specific funds.  Instead ___ is a beneficiary of the trust and hopefully will receive distributions in retirement. ___ makes additional contributions to the Cash Balance Retirement Plan each January.

| Name of Person Reporting | Date of Report |
|---|---|
| Nevins, Ann M. | 8/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ann M. Nevins**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544